| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Luis Santiago** | Social Security number or ITIN **xxx–xx–4089** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Anaida Santiago** | Social Security number or ITIN **xxx–xx–6226** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | |
| Case number: | **13–25578–VFP** | |

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Luis Santiago                                                                  Anaida Santiago

   12/8/16                                                       **By the court:**    Vincent F. Papalia
                                                                                                                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-25578-VFP
Luis Santiago                                                         Chapter 13
Anaida Santiago
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Dec 08, 2016
                              Form ID: 3180W           Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2016.
db/jdb         +Luis Santiago,    Anaida Santiago,    47 Center Street,   Belleville, NJ 07109-1705
aty             Dean Prober,    20750 Ventura Blvd.,    Suite 100,    PO Box 4365,
                 Woodland Hills, CA 91365-4365
514372932      +A A Action Collection Co., Inc.,    29 Columbia Turnpike Suite 302,
                 Florham Park, NJ 07932-2240
514079662      +Aa Action Collection,    517 S Livingston Ave,    Livingston, NJ 07039-4349
514079671      +Amity Associates,    375 Route 10 E Ste 1r,    Randolph, NJ 07869-2223
514079693      +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
514079692      +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
514079718      +Midland Funding LLC,    c/o Pressler & Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
514079719      +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
514079723      +Pinnacle Credit Service,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
514079724      +Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
514079725      +Revenue Enterprises LLC,    3131 S Vaughn Way Ste 426,    Aurora, CO 80014-3508
514079726      +Revenue Enterprises LLC,    4340 S Monaco St Unit 2,    Denver, CO 80237-3485
514079727      +Robert J Candido Esq,    425 Pompton Ave,    Cedar Grove, NJ 07009-1816
514079733      +Zale/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20363,   Kansas City, MO 64195-0363
514079734      +Zale/cbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2016 23:39:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2016 23:39:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514079665      +EDI: AMEREXPR.COM Dec 08 2016 23:23:00      American Express,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
514079663      +EDI: BECKLEE.COM Dec 08 2016 23:23:00      American Express,    Po Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
514171232       EDI: AIS.COM Dec 08 2016 23:23:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
514104490       EDI: AIS.COM Dec 08 2016 23:23:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
514079667      +EDI: BECKLEE.COM Dec 08 2016 23:23:00      Amex/American Express,    Po Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
514079669      +EDI: AMEREXPR.COM Dec 08 2016 23:23:00      Amex/American Express,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
514156272       EDI: RESURGENT.COM Dec 08 2016 23:23:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
514102380      +EDI: ACCE.COM Dec 08 2016 23:23:00      Asset Acceptance LLC,    P.O. Box 2036,
                 Warren MI 48090-2036
514079672      +EDI: ACCE.COM Dec 08 2016 23:23:00      Asset Acceptance Llc,    Po Box 1630,
                 Warren, MI 48090-1630
514079677       EDI: BANKAMER.COM Dec 08 2016 23:23:00      Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410
514079676       EDI: BANKAMER.COM Dec 08 2016 23:23:00      Bank Of America,    Po Box 982235,
                 El Paso, TX 79998
514079682       EDI: BANKAMER.COM Dec 08 2016 23:23:00      Bankamerica,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
514079680       EDI: BANKAMER.COM Dec 08 2016 23:23:00      Bankamerica,    Mc: Nc4-105-03-14,
                 4161 Piedmont Pkwy,    Greensboro, NC 27420
514079685       EDI: BANKAMER.COM Dec 08 2016 23:23:00      Bk Of Amer,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
514079704       EDI: BANKAMER.COM Dec 08 2016 23:23:00      Fleet Cc/Bank of America,    Attn: Bankruptcy,
                 4161 Piedmont Pkwy,    Greensboro, NC 27420
514257935      +EDI: BANKAMER.COM Dec 08 2016 23:23:00      BANK OF AMERICA, N.A.,    400 National Way,
                 Bankruptcy Department Mail Stop CA6-919-,    Simi Valley, CA 93065-6414
514079679       EDI: BANKAMER.COM Dec 08 2016 23:23:00      Bank Of America,    De5-019-03-07,   Newark, DE 19714
514147546      +EDI: BANKAMER.COM Dec 08 2016 23:23:00      Bank of America, N.A.,    Bk. Dept.,,
                 P.O. Box 26012, NC4-105-02-99,    Greensboro, North Carolina 27420-6012
514079684      +EDI: BANKAMER.COM Dec 08 2016 23:23:00      Bk Of Amer,
                 Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
514079688       EDI: CITICORP.COM Dec 08 2016 23:23:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195
514079690       EDI: CITICORP.COM Dec 08 2016 23:23:00      Citibank Usa,
                 Citicorp Credit Services/Attn:Centralize,    Po Box 20507,    Kansas City, MO 64195
514246734       EDI: BL-BECKET.COM Dec 08 2016 23:23:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
514079687      +EDI: CHRYSLER.COM Dec 08 2016 23:23:00      Chrysler Financial/TD Auto Finance,    Po Box 9223,
                 Farmington Hills, MI 48333-9223
514079686      +EDI: CHRYSLER.COM Dec 08 2016 23:23:00      Chrysler Financial/TD Auto Finance,
                 Attn: Bankruptcy,    Po Box 551080,    Jacksonville, FL 32255-1080

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Dec 08, 2016
                              Form ID: 3180W           Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514079689      +EDI: CITICORP.COM Dec 08 2016 23:23:00      Citibank Sd, Na,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
514079691      +EDI: CITICORP.COM Dec 08 2016 23:23:00      Citibank Usa,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
514079694      +EDI: WFNNB.COM Dec 08 2016 23:23:00      Comenity bank/The Sports Authority (TSA),
                 Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
514079695      +EDI: WFNNB.COM Dec 08 2016 23:23:00      Comenity bank/The Sports Authority (TSA),
                 Po Box 182789,    Columbus, OH 43218-2789
514153113      +EDI: CRFRSTNA.COM Dec 08 2016 23:23:00      Credit First NA,    Po Box 818011,
                 Cleveland, OH 44181-8011
514079697      +EDI: CRFRSTNA.COM Dec 08 2016 23:23:00      Credit First/CFNA,     Pob 81315,
                 Cleveland, OH 44181-0315
514079696      +EDI: CRFRSTNA.COM Dec 08 2016 23:23:00      Credit First/CFNA,     Bk13 Credit Operations,
                 Po Box 818011,    Cleveland, OH 44181-8011
514103242      +EDI: TSYS2.COM Dec 08 2016 23:23:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
514079698      +E-mail/Text: bankruptcy@diamondresorts.com Dec 08 2016 23:39:28       Diamond Resorts Fs,
                 10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
514092752       EDI: DISCOVER.COM Dec 08 2016 23:23:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
514079699      +EDI: DISCOVER.COM Dec 08 2016 23:23:00      Discover Fin Svcs Llc,     Pob 15316,
                 Wilmington, DE 19850-5316
514079701      +EDI: TSYS2.COM Dec 08 2016 23:23:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
514079703      +EDI: BANKAMER2.COM Dec 08 2016 23:23:00      Fleet Bank Of New York,    1 Constitution Plaza,
                 Hartford, CT 06115-2502
514079705      +EDI: BANKAMER.COM Dec 08 2016 23:23:00      Fleet Cc/Bank of America,     301 Rockerimmon Blvd,
                 Colorado Springs, CO 80919-2303
514079707      +EDI: RMSC.COM Dec 08 2016 23:23:00      GECRB/ Old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
514079706      +EDI: RMSC.COM Dec 08 2016 23:23:00      GECRB/ Old Navy,    Attention: GEMB,    Po Box 103104,
                 Roswell, GA 30076-9104
514079711       EDI: RMSC.COM Dec 08 2016 23:23:00      GECRB/JC Penny,    Po Box 984100,    El Paso, TX 79998
514079710      +EDI: RMSC.COM Dec 08 2016 23:23:00      GECRB/JC Penny,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
514079708      +EDI: RMSC.COM Dec 08 2016 23:23:00      Gecrb/Jc Penney Pr,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
514079709      +EDI: RMSC.COM Dec 08 2016 23:23:00      Gecrb/Jc Penney Pr,    Po Box 965007,
                 Orlando, FL 32896-5007
514299031       EDI: JEFFERSONCAP.COM Dec 08 2016 23:23:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
514079712      +EDI: CBSKOHLS.COM Dec 08 2016 23:23:00      Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
514370289       EDI: RESURGENT.COM Dec 08 2016 23:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514079713      +EDI: RESURGENT.COM Dec 08 2016 23:23:00      Lvnv Funding Llc,    Po Box 10497,
                 Greenville, SC 29603-0497
514079715      +EDI: MID8.COM Dec 08 2016 23:23:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
514353933       EDI: PRA.COM Dec 08 2016 23:23:00      Portfolio Recovery Associates, LLC,    c/o Jc Penney,
                 POB 41067,    Norfolk VA 23541
514079721      +E-mail/Text: creditreconciliation@peoples.com Dec 08 2016 23:39:39       Peoples Untd,
                 1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
514079720      +E-mail/Text: creditreconciliation@peoples.com Dec 08 2016 23:39:39       Peoples Untd,
                 Attention: Bankruptcy,    850 Main St.,    Bridgeport, CT 06604-4917
514079722      +EDI: RESURGENT.COM Dec 08 2016 23:23:00      Pinnacle Credit Service,     Po Box 640,
                 Hopkins, MN 55343-0640
514079731      +EDI: SEARS.COM Dec 08 2016 23:23:00      Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
514079729      +EDI: SEARS.COM Dec 08 2016 23:23:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
514079732      +EDI: VERIZONEAST.COM Dec 08 2016 23:23:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 58


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514079666*     +American Express,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
514079664*     +American Express,   Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
514079668*     +Amex/American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
514079670*     +Amex/American Express,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
514079673*     +Asset Acceptance Llc,    Po Box 1630,   Warren, MI 48090-1630
514079674*     +Asset Acceptance Llc,    Po Box 1630,   Warren, MI 48090-1630
514079675*     +Asset Acceptance Llc,    Po Box 1630,   Warren, MI 48090-1630
514079678*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
514079683*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bankamerica,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
514079681*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bankamerica,     Mc: Nc4-105-03-14,    4161 Piedmont Pkwy,
                 Greensboro, NC 27420)
```

```
District/off: 0312-2          User: admin             Page 3 of 3          Date Rcvd: Dec 08, 2016
                              Form ID: 3180W          Total Noticed: 74
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
514079700*     +Discover Fin Svcs Llc,   Pob 15316,    Wilmington, DE 19850-5316
514079702*     +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
514079714*     +Lvnv Funding Llc,    Po Box 10497,   Greenville, SC 29603-0497
514079716*     +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514079717*     +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514079728*     +Robert J Candido Esq,    425 Pompton Ave,   Cedar Grove, NJ 07009-1816
514079730*     +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
                                                                               TOTALS: 0, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Luis  Santiago yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Mark Goldman    on behalf of Joint Debtor Anaida  Santiago yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Peter P. Bisulca    on behalf of Creditor    BANK OF AMERICA, N.A. ktlbslaw@aol.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                             TOTAL: 6
```